UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY HUMPHRIES

    Plaintiff,

vs.   Case No. 07-10805
   Hon. Patrick J. Duggan

ROAD COMMISSION FOR
OAKLAND COUNTY,

    Defendant.

PITT, McGEHEE, PALMER, RIVERS & GOLDEN, P.C.   POTTER, DeAGOSTINO, O'DEA &
Michael L. Pitt (P 24429)   PATTERSON
Kevin M. Carlson (P67704)   Steven M. Potter (P33344)
Attorney for Plaintiffs   Rick J. Patterson (P55706)
117 W. Fourth Street, Suite 200   Attorneys for Defendants
Royal Oak, Michigan 48067   2701 Cambridge Court, Suite 223
Tel:  (248) 398-9800   Auburn Hills, Michigan 48326
Fax: (248) 398-9804   Tel: (248)377-1700
kcarlson@pittlawpc.com   Fax: (248)377-0051
mpitt@pittlawpc.com   spotter@potterlaw.com
   rjpatterson@potterlaw.com

**STIPULATED ORDER GRANTING THE MOTION OF
PITT, McGEHEE, PALMER, RIVERS & GOLDEN, P.C. TO WITHDRAWAS PLAINTIFF'S ,
DENYING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41 AND
STAYING PROCEEDINGS FOR THIRTY DAYS**

    Before the Court are the motion to withdraw as counsel for Plaintiff filed by the law firm of Pitt, McGehee, Palmer, Rivers & Golden, P.C. and a motion to dismiss pursuant to Fed. R. Civ. P. 41.  The Court having heard oral argument on both motions on May 29, 2008, and being otherwise advised in the premises,

    IT IS HEREBY ORDERED that the motion of Pitt, McGehee, Palmer, Rivers & Golden, P.C. to withdraw as Plaintiff's counsel in this matter is GRANTED;

    IT IS FURTHER ORDERED that Defendant's motion to dismiss pursuant to Rule 41 is DENIED.

1

IT IS FURTHER ORDERED that the law firm of Pitt, McGehee, Palmer, Rivers & Golden, P.C. shall serve a copy of this Order upon Plaintiff Bobby M. Humprhies after it is entered and shall file a proof of service with the Court demonstrating service of this Order upon Plaintiff;

IT IS FURTHER ORDERED that these proceedings shall be stayed for 30 days so that Plaintiff may seek to obtain alternate counsel to represent him or otherwise advise the Court and Defendant, in writing, that he intends to represent himself in this matter by proceeding *pro se*.

IT IS FURTHER ORDERED that in order to comply with this Order, Plaintiff Bobby Humphries must do one of the following within 30 days of the entry of this order:

1. Have his new counsel file a notice of appearance of counsel for Plaintiff; or

2. File a document with the Court setting forth his intention to represent himself in this matter and to proceed *pro se*.

IT IS FURTHER ORDERED that in order to comply with this Order, Plaintiff or his new counsel must, within 30 days, notify Defense counsel, the law firm of Potter, DeAgostino, O'Dea & Patterson, of the appearance of counsel on Plaintiff's behalf or of Plaintiff's decision to represent himself by proceeding *pro se*.

SO ORDERED.

                                              s/Patrick J. Duggan
                                              United States District Judge

Entry of this Order is stipulated to by :

/s/ Kevin M. Carlson (P67704)
PITT, McGEHEE, PALMER, RIVERS & GOLDEN, P.C.

/s/ Rick J. Patterson (P55706)
POTTER, DeAGOSTINO, O'DEA & PATTERSON