UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.07-10805
HON. PATRICK J. DUGGAN

BOBBY HUMPHRIES,
    Plaintiff(s),
-V-
OAKLAND COUNTY ROAD COMMISSION,
    Defendant(s).
_____/

## JUDGMENT OF DISMISSAL

At a session of said court, held in the U.S. District Courthouse, City of Detroit, County of Wayne State of Michigan on April 13, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
           UNITED STATES DISTRICT JUDGE

The parties having stipulated to dismiss the above action with prejudice as set forth on the record, now therefore,

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is dismissed with prejudice and without costs.

        s/Patrick J. Duggan
        United States District Judge

Dated: April 13, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 13, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

Approved as to form and substance:

_____
Scott Rooney
Attorney for Plaintiff(s)

_____
Steven Potter
Attorney for Defendant(s)